UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 08-540 |
| ANDRE GAMBLE | : | <u>UNSEALING ORDER</u> |

This matter having come before the Court upon the application of the United States of America (Mark E. Coyne, Assistant U.S. Attorney, appearing), for an order that the Indictment returned in this case be unsealed; the Defendant presently being in State custody on a related charge; there appearing to be no pressing need to keep the Indictment sealed; and for good cause shown,

IT IS, on this 18th day of August, 2008,

ORDERED that the Indictment and all other documents filed in this matter be and hereby are UNSEALED.

_____
Hon. Katharine S. Hayden
United States District Judge